FILED

2004 OCT 20 P 12: 37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOOKER TORRENCE, | : | CIVIL ACTION NO. 3:02CV497 (HBF) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, M.D., GERMAIN | : | |
| BIANCHI, M.D. EDWARD | : | |
| BLANCHETTE, M.D. AND JOHN J. | : | |
| ARMSTRONG COMMISIONER STATE | : | |
| OF CONNECTICUT DEPARTMENT OF | : | |
| CORRECTION, | : | |
|     Defendants. | : | OCTOBER 19, 2004 |

## APPEARANCE

Please enter my Appearance for the Plaintiff, Booker Torrence, in the above case.

PLAINTIFF,
BOOKER TORRENCE

By /s/ Gerald A. DeSimone
Gerald A. DeSimone
Federal Bar No. ct 24973
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5128
His Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Appearance was sent, via facsimile and first class mail this 19th day of October 2004, to:

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
Gerald A. DeSimone