UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOOKER TORRENCE | : | CIVIL ACTION NO: 3:02CV497 (HBF) |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, M.D., GERMAIN | : | |
| BIANCHI, M.D., EDWARD | : | |
| BLANCHETTE, M.D. AND JOHN J. | : | |
| ARMSTRONG COMMISSIONER STATE | : | |
| OF CONNECTICUT DEPARTMENT OF | : | |
| CORRECTION | : | JANUARY 27, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. R. Civ. P. 7(e), the undersigned counsel of record for plaintiff, Booker Torrence, hereby respectfully moves to withdraw his appearance herein, as he is leaving Shipman & Goodwin, LLC. Attorney Howard Pierce will maintain his appearance.

In accordance with D. Conn. L. R. Civ. P. 7(e), a copy of this motion is being served on plaintiff by certified mail.

WHEREFORE, the undersigned respectfully asks that this motion be granted, together with such other and further relief as the Court deems proper.

PLAINTIFF,
BOOKER TORRENCE

By _____
Jose M. Rojas
Federal Bar No. ct22569
For Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000
His Attorney

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the 27th day of January, 2005, to:

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

In addition, it is hereby certified that a copy of the foregoing Motion to Withdraw Appearance was sent via certified mail on this the 27th day of January, 2005 to:

Booker Torrence
Inmate #25543
Osborn Correctional Institution
100 Bilton Road
Somers, CT  06071

_____
Jose M. Rojas

392872 v.01 S1