```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
BOOKER TORRENCE                         :
                                        :
         v.                             :  CIV. NO. 3:02cv497 (HBF)
                                        :
EDWARD PESANTI, ET AL                   :
```

## ORDER

A telephone conference call was held on October 18, 2005, to address the status of the case and related discovery issues. After discussion, the following schedule was set:

    1.   On or before November 16, 2005, plaintiff will complete the deposition of Dr. Gittzus.

    2.   On or before December 9, 2005, plaintiff will disclose to defendants all additional experts.

    3.   On or before December 21, 2005, plaintiff will file an amended complaint.

    4.   After defense counsel has had two weeks to review the amended complaint, a telephone status conference will be conducted to discuss future deadlines. The conference is scheduled for January 6, 2006 at 11:00 a.m.

    SO ORDERED at Bridgeport this 26th day of October 2005.

```
                              _____/s/_____
                              HOLLY B. FITZSIMMONS
                              UNITED STATES MAGISTRATE JUDGE
```