UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BOOKER TORRENCE | : | CIVIL ACTION NO: 3:02CV497 (HBF) |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD PESANTI, M.D., GERMAIN | : | |
| BIANCHI, M.D., EDWARD | : | |
| BLANCHETTE, M.D. AND JOHN J. | : | |
| ARMSTRONG COMMISSIONER STATE | : | |
| OF CONNECTICUT DEPARTMENT OF | : | |
| CORRECTION | : | December 8, 2005 |

**MOTION FOR EXTENSION OF DEADLINES TO DISCLOSE PLAINTIFF'S EXPERTS**

Pursuant to D. Conn. L. Civ. R. 9(b), the plaintiff, Booker Torrence ("plaintiff") respectfully requests an extension of time of 30 days to disclose additional experts. Plaintiff's counsel has contacted defendants' counsel to determine whether defendants oppose this motion to which plaintiff's counsel has not received a response. In support of this motion, the plaintiff represents as follows:

    1.    On October 26, 2005, this court issued a scheduling order that on or before November 16, 2005, plaintiff complete the deposition of Dr. John Gittzus and that on or

before December 9, 2005, the plaintiff disclose to defendants all additional experts. The deposition of Dr. Gittzus was completed on November 16, 2005 and plaintiff's counsel received a copy of the deposition on the afternoon of November 30, 2005.

2. This is a complicated medical case. The plaintiff first received a diagnosis of hepatitis C in 1995. Between the onset of plaintiff's hepatitis C and his release from the custody of the Connecticut Department of Corrections, there has been several changes in treatment modalities available to patients with chronic hepatitis C.

3. During Dr. Gittzus' November 16, 2005 deposition, a new medical issue emerged that had not previously been identified. This new issue was not contemplated by counsel until after Dr. Gittzus' deposition transcript was received and was discussed with plaintiff's medical consultants.

4. At this time, plaintiff's counsel has not received written reports from its medical consultants.

5. There have been no prior motions from plaintiff requesting an extension of time to disclose to defendants additional experts.

6.    For the reasons stated above, the plaintiff respectfully requests a 30-day extension of the deadline to disclose additional experts from December 9 to January 4, 2006.

          PLAINTIFF,
          BOOKER TORRENCE

By _____
          Howard L. Pierce
          Federal Bar No. ct10891
          Gerald A. DeSimone
          Federal Bar No. ct24973
          For Shipman & Goodwin LLP
          One Constitution Plaza
          Hartford, CT  06103-1919
          (860) 251-5000
          His Attorney

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was mailed via first class mail, postage prepaid, to the following counsel of record on this 8th day of December, 2005.

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
Howard L. Pierce

421212 v.01