```
          UNITED STATES DISTRICT COURT
            DISTRICT OF CONNECTICUT

BOOKER TORRENCE              :
                             :
        v.                   :  CIV. NO. 3:02cv497 (HBF)
                             :
EDWARD PESANTI, ET AL        :
```

REVISED SCHEDULING ORDER

On October 26, 2005, this Court entered a Scheduling Order setting the time frame for the disclosure of expert witnesses and the filing of an amended complaint.  On December 8, 2005, plaintiff requested that, in light of new information, these dates be extended.  In a follow-up telephone call on December 12, 2005, plaintiff's counsel advised the Court that the defendants had no objection, as long as any extension of time applied equally to all previously scheduled dates.  Therefore, plaintiff's motion for extension of time [**Doc. #34**] is **GRANTED**.

The revised schedule is as follows:

1.  On or before January 9, 2006, plaintiff will disclose to defendants all additional experts.

2.  On or before January 23, 2006, plaintiff will file an amended complaint.

3.  After defense counsel has had two weeks to review the amended complaint, a telephone status conference will be conducted to discuss future deadlines.  The conference is scheduled for February 6, 2006 at 3:30 p.m.

SO ORDERED at Bridgeport this 4th day of January 2006.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE