UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOOKER TORRENCE : | CIVIL ACTION NO: 3:02CV497 (HBF) |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| EDWARD PESANTI, M.D., GERMAIN : | |
| BIANCHI, M.D., EDWARD : | |
| BLANCHETTE, M.D. AND JOHN J. : | |
| ARMSTRONG COMMISSIONER STATE : | |
| OF CONNECTICUT DEPARTMENT OF : | |
| CORRECTION : | January 23, 2006 |

### MOTION FOR LEAVE TO FILE AN AMENDED AND SUPLEMENTAL COMPLAINT AND TO ADD PARTIES

Pursuant to Fed. R. Civ. P. 15(a) and (d), the plaintiff, Booker Torrence, moves for leave to amend and supplement the Fourth Amended Complaint. Furthermore, pursuant to Fed. R. Civ. P. 21, the plaintiff requests permission to add parties to this action.

Attached hereto is a memorandum of law supporting this motion, and the Proposed Fifth Amended Complaint.

                                                    PLAINTIFF,
                                                    BOOKER TORRENCE

By   _____
      Howard L. Pierce
      Federal Bar No. ct10891
      Gerald A. DeSimone
      Federal Bar No. ct24973
      For Shipman & Goodwin LLP
      One Constitution Plaza
      Hartford, CT 06103-1919
      Tel: (860) 251-5000
      Fax: (860) 251-5318
      email: hpierce@goodwin.com
      email: hpierce@goodwin.com
      His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Amended Complaint was mailed, postage prepaid, this 23rd day of January, 2006 to:

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
Howard L. Pierce