UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BOOKER TORRENCE,
    Plaintiff,
v.

EDWARD PESANTI, M.D., GERMAIN
BIANCHI, M.D., EDWARD BLANCHETTE,
M.D., AND JOHN J. ARMSTRONG
COMMISSIONER STATE OF
CONNECTICUT DEPARTMENT OF
CORRECTIONS,
    Defendant

Case No.: No. 3:02:CV497 (HBF)

## AMENDED APPEARANCE

Please enter my Amended Appearance for the Plaintiff, Booker Torrence, in the above case.

Dated this 1st day of June, 2006

PLAINTIFF,
BOOKER TORRENCE

By: _____
Howard L. Pierce
Federal Bar No. ct 10891
Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I, 35th Floor
Hartford, CT  06103
(860) 725-6200
hpierce @tylercooper.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent, via first class mail, this 1st day of June, 2006 to:

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
Howard L. Pierce