UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

BOOKER TORRENCE,
    Plaintiff,
v.

EDWARD PESANTI, M.D., GERMAIN
BIANCHI, M.D., EDWARD BLANCHETTE,
M.D., AND JOHN J. ARMSTRONG
COMMISSIONER STATE OF
CONNECTICUT DEPARTMENT OF
CORRECTION,
    Defendant

Case No.: No. 3:02:CV497 (HBF)

SEPTEMBER 25, 2006

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COME NOW the petitioner, Booker Torrence, through counsel, and respectfully informs this Honorable Court:

1.    On August 15, 2006, Magistrate Judge Holly B. Fitzsimmons ordered an Ex Parte Hearing on plaintiff's counsel Motion to Withdraw as Attorneys for October 12, 2006 at 10:00 a.m.

2.    On August 15, 2006, Magistrate Judge Holly B. Fitzsimmons ordered a Settlement Conference to be held with counsel, accompanied by the appropriate person with authority to settle for October 12, 2006 at 11:00 a.m.

3.	The plaintiff, Booker Torrence having made a Complaint to the Court is now confined at Osborn Correctional Institution, Somers, Connecticut, Inmate No. 25543, in the custody of the Commissioner of Correction, State of Connecticut.

4.	That the presence of Booker Torrence during the Ex Parte Withdrawal Hearing is important, essential and material to this proceeding.

5.	That the presence of Booker Torrence during the course of the Settlement Conference is important, essential and material to this proceeding.

6.	That Booker Torrence is required in court to present evidence necessary for efficient judicial administration and adjudication of pending matters.

7.	That Booker Torrence should be present at said time and place so that he may attend the Hearing and the Settlement Conference.

8.	That the proper authority to transport Mr. Booker Torrence to and from the Hearing and Settlement Conference, and to attend to his custody during the Hearing and Settlement Conference, is the Commissioner of Correction, State of Connecticut or any of her proper deputies.  See Pennsylvania Bureau of Corrections v. U.S. Marshals Service, 474 U.S. 34, 106 S.Ct. 355 (1985).

WHEREFORE, Booker Torrence respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Testificandum to the Commissioner of Correction, State of Connecticut, or any of her proper deputies, ordering them to produce Booker Torrence at 10:00 a.m. on October 12, 2006 before the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut.

Dated this 25th day of September, 2006

RESPECTFULLY SUBMITTED
BOOKER TORRENCE

By: _____
Howard L. Pierce
Federal Bar No. ct 10891
Gerald A. DeSimone
Federal Bar No. ct24973
For Tyler Cooper & Alcorn, LLP
185 Asylum Street
CityPlace I, 35th Floor
Hartford, CT  06103
Tel: (860) 725-6200
Fax: (860) 278-3802
email: hpierce@tylercooper.com
email: gdesimone@tylercooper.com
His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was sent, via first class mail, this 25th day of September, 2006 to:

Terrence M. O'Neill, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105

_____
Howard L. Pierce

4