UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOOKER TORRENCE | : CIVIL NO. 3:02CV497 (HBF) |
| PLAINTIFF, | : |
| | : |
| v. | : |
| | : |
| EDWARD PESANTI, M.D., GERMAIN | : |
| BIANCHI, M.D., EDWARD | : |
| BLANCHETTE, M.D., and JOHN J. | : |
| ARMSTRONG, COMMISSIONER STATE | : |
| OF CONNECTICUT DEPART OF | : |
| CORRENTION | : |
| DEFENDANTS | : |

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:  COMMISSIONER OF CORRECTIONS, THE WARDEN OF OSBORN
CORRECTIONAL INSTITUTION, SOMERS, CONNECTICUT OR ANY OF THEIR
PROPER DEPUTIES,

It appearing that, **BOOKER TORRENCE**, inmate #25543, is

confined in the Osborn Correctional Institution at Somers,

Connecticut, and that he is scheduled to appear for a settlement

conference in the above-captioned case on January 11, 2007, at

10:00 a.m., and,

That it is necessary for the said **BOOKER TORRENCE**, inmate

#25543, to be before this Court for said proceedings.

You are hereby commanded to have the body of the said **BOOKER**

**TORRENCE**, inmate #25543, now detained in custody as aforesaid,

under safe and secure conduct, before the U.S. District Court,

915 Lafayette Boulevard, Bridgeport, Connecticut, at 10:00 a.m.

on January 11, 2007, to appear at the scheduled proceedings, and

thereafter, and upon completion of said proceedings you shall

return the said **BOOKER TORRENCE**, inmate #25543, with all

convenient speed, under safe and secure conduct to the custody of

the warden at Osborn Correctional Institution, Somers,

Connecticut.


    SO ORDERED at Bridgeport, Connecticut this 17th day of

November 2006.


                                    _____/s/_____
                                      HOLLY B. FITZSIMMONS
                                      UNITED STATES MAGISTRATE JUDGE