UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| BOOKER TORRENCE, : | CIVIL ACTION NO. 3:02CV497 (HBF) |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | |
| EDWARD PESANTI, M.D., GERMAIN : | |
| BIANCHI, M.D. EDWARD : | |
| BLANCHETTE, M.D. AND JOHN J. : | |
| ARMSTRONG COMMISSIONER, STATE : | |
| OF CONNECTICUT DEPARTMENT OF : | |
| CORRECTION, : | |
|     Defendants. : | MARCH 29, 2007 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that this matter may be dismissed, with prejudice and without an award of costs to either party. The parties hereby incorporate the terms of their settlement agreement, filed this date under separate cover, thereby making the parties' obligation to comply with the terms of the settlement

agreement part of the order approving this stipulation, consistent with the holding in

Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381 (1994).


PLAINTIFF:
Booker Torrence


_Howard L. Pierce_
Howard L. Pierce, Esq.
Federal Bar No. 10891
Gerald A. DeSimone, Esq.
Federal Bar No. 24973
Tyler, Cooper & Alcorn, LLP
185 Asylum Street
Hartford, CT 06103
Tel.: (860) 725-6200


_3/29/07_
Date


DEFENDANT:
State of Connecticut, Et Al.,

RICHARD BLUMENTHAL
ATTORNEY GENERAL


_Terrence M. O'Neill_
Terrence M. O'Neill
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar No. 10835
Tel.:  (860) 808-5450


_3/29/07_
Date