## RELEASE OF LIABILITY

KNOW ALL MEN BY THESE PRESENTS that the plaintiff, Booker Torrence, on behalf of himself, his heirs, successors and assigns, for and in consideration of the payment of the sum of Sixty Eight Thousand Dollars ($68,000.00), and other valuable considerations, the receipt of which is hereby acknowledged, does herewith release and forever discharge the defendants, Edward Pesanti, M.D., Edward Blanchette, M.D., Germain Bianchi, M.D., John Armstrong, the State of Connecticut, and all other present and former officers and employees of the State of Connecticut, their heirs, successors and assigns, except as provided herein, from all actions, causes of action, suits, claims, controversies, damages and demands of every nature and kind, including attorneys' fees and costs, monetary and equitable relief, which the plaintiff, his heirs, successors and assigns ever had, now have or hereafter can, shall or may have for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release of Liability, including but not limited to acts arising out of, or in any way related to the incidents or circumstances which formed the basis for the above-captioned lawsuit, including such actions as may have been or may in the future be brought in the federal courts, the courts of the State of Connecticut, any state or federal administrative agency or before the Claims Commissioner pursuant to Conn. Gen. Stat. § 4-141, et seq. Said release of liability includes, but is not limited to, all causes of action alleging violations of the plaintiff's state and federal constitutional rights, his rights arising under the statutes and laws of the United

States and/or the State of Connecticut, and such causes of action as may be available under the common law. This release does not preclude Mr. Torrence from bringing suit for any actionable misconduct by any present or former officer or employee of the State of Connecticut occurring after this release or which was unknowable to Mr. Torrence prior to the execution of this release.

Furthermore, it is expressly understood and agreed by the undersigned plaintiff, Booker Torrence, that the resolution of this matter is not an admission of liability on the part of the named defendants, the State of Connecticut or any other present or former officer, agent or employee of the State, but rather constitutes the compromise settlement of the claims made in this action. The payment of the aforesaid sum is in consideration for plaintiff's execution of this general release and the withdrawal of the plaintiff's claims as set forth in this action.

IN WITNESS WHEREOF, the plaintiff, Booker Torrence, does herewith set his hand and seal this 29 day of March, 2007.

*Booker Torrence*

STATE OF _CT._ )
) JURAT
COUNTY OF _TOLLAND_ )

Personally appeared, Booker Torrence, maker of the foregoing instrument, and acknowledged the same to be his free act and deed, before me this 29 day of March, 2007.

_____
Notary Public / Commissioner of the Superior Court